UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | ORDER |
| VS. | : | |
| IGNACIO LEMUS | : | CR. NO. 14-629-01(FLW) |
| Defendant | : | |

The financial inability of the defendant to retain counsel having been established by the Court, and the defendant not having waived the appointment of counsel,

It is on this 10th day of November, 2014,

ORDERED that _Lisa Van Hoeck_ from the Office of the Federal Public Defender for the District of New Jersey is hereby appointed to represent said defendant in this cause until further order of the Court.

FREDA L. WOLFSON
UNITED STATES DISTRICT JUDGE

cc: Federal Public Defender

RECEIVED
NOV 10 2014
AT 8:30
WILLIAM T. WALSH CLERK